ILENE J. LASHINSKY (AZ #3073)
United States Trustee
District of Arizona

Renee S. Shamblin (AZ #017473)
Trial Attorney
230 N. First Avenue, Suite 204
Phoenix, Arizona 85003-1706
Phone: (602) 682-2600
Mobile: (202) 603-5214
E-Mail: Renee.S.Shamblin@usdoj.gov

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Si Se Puede Enterprises, LLC, | ) | Case No. 4:24-bk-07108-SHG |
| | ) | |
| | ) | **NOTICE OF APPEARANCE AND REQUEST** |
| Debtor(s). | ) | **FOR NOTICE** |

PLEASE TAKE NOTICE THAT the undersigned attorney is the designated trial attorney for the United States Trustee in the above-captioned case. Please direct all notices and filings filings to       Renee S. Shamblin,       Trial Attorney, Office of the United States Trustee, 230 N. First Ave, Suite 204, Phoenix, Arizona, 85003 and to       Renee.S.Shamblin@usdoj.gov       for electronic notices.

Respectfully Submitted,

ILENE J. LASHINSKY
United States Trustee
District of Arizona

Dated       August 28, 2024              /s/Renee S. Shamblin
                                         Renee S. Shamblin
                                         Trial Attorney
                                         District of Arizona

| | |
|---|---|
| 1 | COPY of the foregoing served via electronic mail |
| 2 | August 28, 2024 |
| | to all parties listed below: |
| 3 | |
| 4 | Charles N. Kendall, Jr.<br>Law Offices of Charles Kendall<br>PO Box 1756 |
| 5 | Bisbee, AZ 85603<br>Email:  kendall_law_firm@hotmail.com |
| 6 | Attorney for Debtor(s) |
| 7 | /s/ Dale S. Griffiths |
| 8 | Dale S. Griffiths<br>Paralegal |