LAW OFFICES
HOWARD A. CHOROST
A PROFESSIONAL CORPORATION
21 EAST SPEEDWAY BOULEVARD
TUCSON, ARIZONA 85705
TEL (520) 792-0011
FAX (520) 844-1196
Email: hchorost@me.com
Howard A. Chorost, Esq.
State Bar of Arizona No. 012663

Attorney for Creditor: Eddice M. Cornelius, as Trustee of the Eddice M. Cornelius Revocable Trust dated June 25, 1999; and Louis A. Banks, as Trustee of the Louis A. Banks Living Trust dated September 21, 2010

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>SI SE PUEDE ENTERPRISES, LLC,<br><br>Debtor. | Chapter 11 Proceedings (Subchapter V)<br><br>Case No. 4:24-bk-07108-SHG<br><br>NOTICE OF APPEARANCE AND REQUEST FOR SERVICE |

TAKE NOTICE that the Law Offices of HOWARD A. CHOROST, P.C. by and through Howard A. Chorost, Esq., gives notice of its appearance on behalf of Creditor Eddice M. Cornelius, as Trustee of the Eddice M. Cornelius Revocable Trust dated June 25, 1999; and Louis A. Banks, as Trustee of the Louis A. Banks Living Trust dated September 21, 2010, and requests that all future notices, pleadings (including all adversary filings), motions, orders, and other filings, be emailed to:

> Howard A. Chorost, Esq.
> Howard A. Chorost, P.C.
> 21 E. Speedway Blvd.
> Tucson AZ 85705
> Tel. 520-792-0011/Fax. 520-844-1196/ hchorost@me.com

Notice is further given that the undersigned intends that neither this Request for Notice nor any later appearance, pleadings, claim, or suit, shall be deemed Creditor's

- 1 -

waiver of: (i) the right to have final orders in non-core matters entered only after de novo review by the district court; (ii) the right to trial by jury in any proceeding that may be so heard; (iii) the right to have the district court withdraw the reference in any matters subject to mandatory or discretionary withdrawal; and/or (iv) any other rights, claims, actions, defenses, setoffs or recoupment to which Creditors are entitled by contract, law or in equity, all of which are expressly reserved.

Respectfully Submitted: August 28, 2024.

HOWARD A. CHOROST, P.C.

*/s/ Howard A. Chorost, AZ Bar No. 012663*

Howard A. Chorost
Attorney for Creditor

Copy of the forgoing mailed/emailed to:

GRACE NICOLE SOTO
1508 W. DELAWARE ST.
TUCSON, AZ 85745
*Real Party in Interest*

SI SE PUEDE ENTERPRISES, LLC
849 N. ANITA AVE.
TUCSON, AZ 85705
*Debtor*

RENEE SANDLER SHAMBLIN
OFFICE OF THE U.S. TRUSTEE
230 North First Avenue, Suite 204
Phoenix, AZ 85003-1706
Email: renee.s.shamblin@usdoj.gov
*Attorney for U.S. Trustee*

CHARLES N. KENDALL, JR.
Law Offices of Charles N. Kendall, Jr., P.L.L.C.
P.O. Box 1756
Bisbee, AZ 85603
Email: kendall_law_firm@hotmail.com; ckendallesq@gmail.com
*Attorney for Debtor*

*/s/ Howard A. Chorost, AZ Bar No. 012663*

Howard A. Chorost