ILENE J. LASHINSKY (#003073)
United States Trustee
District of Arizona

RENEE SANDLER SHAMBLIN (#017473)
Trial Attorney
230 N. First Ave., Suite 204
Phoenix, Arizona 85003-1706
Phone: (202) 603-5214
Email: Renee.S.Shamblin@usdoj.gov

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 11 |
| SI SE PUEDE ENTERPRISES, LLC, | Case No. 4:24-bk-07108-SHG |
| | **UNITED STATES TRUSTEE'S APPOINTMENT OF SUBCHAPTER V TRUSTEE** |
| Debtor. | |

Pursuant to 11 U.S.C. § 1183(a), the United States Trustee has appointed the following qualified individual as Subchapter V trustee in the above-captioned case(s):

Christopher C. Simpson
2929 N. Central Avenue, Suite 2000
Phoenix, AZ 85012-2793
(602) 640-9349
csimpson@omlaw.com

The trustee's verified statement of disinterestedness and anticipated rate of compensation is attached to this notice as **Exhibit A**.

RESPECTFULLY SUBMITTED this 28th day of August, 2024.

ILENE J. LASHINSKY
United States Trustee
District of Arizona


By: /s/ RSS #017473
RENEE SANDLER SHAMBLIN
Trial Attorney

Copy of the foregoing, including attachments,
served this 28th day of August, 2024, to:

Charles N. Kendall, Jr.
Law Offices of Charles N. Kendall, Jr., P.L.L.C.
PO Box 1756
Bisbee, AZ 85603
Email: kendall_law_firm@hotmail.com

/s/ Renee Sandler Shamblin

# Exhibit A

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>SI SE PUEDE ENTERPRISES, LLC,<br><br>Debtor. | In Proceedings under Chapter 11 (Subchapter V)<br><br>Case No. 4:24-bk-07108-SHG<br><br>**VERIFIED STATEMENT OF SUBCHAPTER V TRUSTEE** |

In connection with the United States Trustee's Notice of Appointment of me as Subchapter V trustee in this proceeding, I hereby verify that I am a "disinterested person" as defined by 11 U.S.C. §101(14) in that I:

a) am not a creditor, equity security holder or insider of the debtor;

b) am not, and was not, within two years before the date of filing of the petition, a director, officer, or employee of the debtor; and

c) do not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the debtor, or for any other reason.

Subject to court approval pursuant to 11 U.S.C. § 330, I anticipate seeking compensation for my service in this case at a billing rate of $495.00 per hour in addition to seeking reimbursement for any actual and necessary expenses I incur.

Dated: August 28, 2024

Christopher C. Simpson

9586952