Christopher C. Simpson, 018626
**OSBORN MALEDON, P.A.**
2929 North Central Avenue
21st Floor
Phoenix, Arizona 85012-2793
(602) 640-9000
E-mail:    csimpson@omlaw.com

Subchapter V Trustee

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| In re: | In Proceedings under Chapter 11 (Subchapter V) |
|---|---|
| SI SE PUEDE ENTERPRISES, LLC | Case No. 4:24-bk-07108-SHG |
| Debtor. | **NOTICE OF APPEARANCE** |

Christopher C. Simpson, as Subchapter V Trustee, hereby gives notice of his appearance. The Subchapter V Trustee requests that notices of all proceedings and copies of all pleadings in the above-entitled Chapter 11 proceedings be served upon the trustee as follows:

Christopher C. Simpson
Osborn Maledon, PA
2929 North Central Avenue, 21st Floor
Phoenix, Arizona 85012
E-mail: csimpson@omlaw.com

DATED this 28th day of August, 2024.

          OSBORN MALEDON, P.A.

          By /s/ Christopher C. Simpson
             Christopher C. Simpson
             2929 North Central Avenue
             21st Floor
             Phoenix, Arizona 85012-2793
             Subchapter V Trustee

**CERTIFICATE OF SERVICE**

I hereby certify that on August 28, 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants and notice was also sent to via email:

| | |
|---|---|
| Charles Kendall Jr.<br>Law Offices of Charles N. Kendall, Jr., P.L.L.C.<br>PO Box 1756<br>Bisbee, AZ 85603<br>Kendall_law_firm@hotmail.com<br>*Attorneys for Debtor* | Renee Sandler Shamblin<br>United States Trustee<br>District of Arizona<br>230 N First Ave Ste 204<br>Phoenix AZ 85003-1706<br>Renee.S.Shamblin@usdoj.gov<br>U.S. Trustee |

/s/ Peggy Nieto