United States Bankruptcy Court
District of Arizona

In re:                                                              Case No. 24-07108-SHG
SI SE PUEDE ENTERPRISES, LLC                             Chapter 11
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0970-4                                  User: admin                                      Page 1 of 1
Date Rcvd: Aug 30, 2024                         Form ID: o11csmtv                                Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+                  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 01, 2024:**

**Recip ID**             **Recipient Name and Address**
db                  +    SI SE PUEDE ENTERPRISES, LLC, 849 N. ANITA AVE., TUCSON, AZ 85705-7511

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 01, 2024                              Signature:                /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 30, 2024 at the address(es) listed below:**

**Name**                            **Email Address**
CHARLES N. KENDALL, JR.
                         on behalf of Debtor SI SE PUEDE ENTERPRISES  LLC kendall_law_firm@hotmail.com, n.cr78143@notify.bestcase.com

CHRISTOPHER CHARLES SIMPSON
                         on behalf of Trustee CHRISTOPHER CHARLES SIMPSON csimpson@omlaw.com
                         pnieto@omlaw.com,csimpson@ecf.axosfs.com

CHRISTOPHER CHARLES SIMPSON
                         csimpson@omlaw.com  pnieto@omlaw.com,csimpson@ecf.axosfs.com

HOWARD A. CHOROST
                         on behalf of Creditor Cornelius  Eddice M and Banks, Louis A hchorost@me.com

RENEE SANDLER SHAMBLIN
                         on behalf of U.S. Trustee U.S. TRUSTEE renee.s.shamblin@usdoj.gov

TOTAL: 5

FORM o11csmtv
(Eff. 10/01/20)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:  Case No.: 4:24−bk−07108−SHG

SI SE PUEDE ENTERPRISES, LLC  Chapter: 11
849 N. ANITA AVE.
TUCSON, AZ 85705
SSAN:
EIN: 87−1831854

Debtor(s)

**NOTICE OF AND ORDER SETTING VIDEOCONFERENCE HEARING FOR CASE MANAGEMENT STATUS CONFERENCE IN CHAPTER 11 SUBCHAPTER V CASE**

The above−captioned case was filed as a Chapter 11 subchapter V small business reorganization proceeding. In order to efficiently process this subchapter V case to prompt conclusion, a status conference will be held via videoconference on **10/23/24** at **02:00 PM.**

Videoconference Hearing Guidelines, which have been implemented by the Court and will be applicable to this videoconference hearing, are located on the Court's website at the following link:
http://azb.uscourts.gov/sites/default/files/videoconferenceguidelines.pdf.

Interested parties are to appear via **Zoomgov.com**. The **hearing ID is 161 566 3365** and the **passcode is 157658.** Alternatively, interested parties may click on the hearing link listed below:
https://www.zoomgov.com/j/1615663365?pwd=dHVJOTF5WitsVnU3Mk1pTWw5SzZadz09.

At such status conference, Debtor's counsel, the subchapter V trustee, and the Court shall address the following issues and schedule future hearings, as necessary:

1. The nature and status of Debtor's operations;
2. The factors that led to the bankruptcy filing;
3. Whether the Debtor has complied with 11 U.S.C. §§ 1187(a) and (b);
4. Whether counsel has been appointed;
5. Whether Debtor will seek to employ any other professionals;
6. Whether required reports have been filed;
7. Whether administrative operating expenses have been paid on a current basis;
8. Any unique issues regarding secured debt, employees, unexpired leases, existing management and/or equity owners, etc.;
9. The status of all FICA, FUTA and other employee withholdings (failure to abide by the law with respect to these issues may constitute immediate cause for conversion to Chapter 7);
10. The status of any litigation involving Debtor;
11. The deadline for filing proofs of claim and interests;
12. The deadline for filing a plan and the status of plan negotiations. (Pursuant to 11 U.S.C. § 1189, Debtor shall file a plan not later than 90 days after the order for relief.)

− − − NOTICE AND ORDER CONTINUES ON NEXT PAGE − − −

Not later than 14 days before the date of the status conference, Debtor shall file with the Court and serve on the United States Trustee, subchapter V trustee, and all parties on the master mailing list a report that details the efforts the Debtor has taken and will undertake to attain a consensual plan of reorganization. 11 U.S.C. § 1188(c).

Failure to file monthly operating reports may constitute grounds for immediate conversion to Chapter 7 or dismissal of the case.

Debtor's counsel shall <u>promptly</u> serve a copy of this order on the United States Trustee, the subchapter V trustee, and all parties on the master mailing list on file with the Court.

Date: August 30, 2024                          BY THE COURT

Address of the Bankruptcy Clerk's Office:        **<u>Honorable Scott H. Gan</u>**
U.S. Bankruptcy Court, Arizona                    United States Bankruptcy Judge
38 S. Scott Avenue
Tucson, AZ 85701−1704
Telephone number: (520) 202−7500
www.azb.uscourts.gov