Si Se Puede Enterprises, LLC - 4:24-bk-07108

ARIZONA DEPARTMENT OF REVENUE
COLLECTIONS DIVISION
1600 WEST MONROE
PHOENIX AZ 85007


INTERNAL REVENUE SERVICE
210 E EARLL
STOP 5014PX
PHOENIX AZ 85012


ARIZONA DEPARTMENT OF REVENUE
BANKRUPTCY LITIGATION SECTION
1600 WEST MONROE
PHOENIX AZ 85007


BAKEMARK
PO BOX 37
PICO RIVERA CA 90660


CITY OF TUCSON WATER
310 W. ALAMEDA ST.
TUCSON AZ 85701


CURE PAYMENT RECOVERY SOLUTIONS, LLC
PO BOX 873
MANORVILLE NY 11949


HOWARD CHOROST
21 EAST SPEEDWAY BOULEVARD
TUCSON AZ 85705


LOUIS A. BANKS AND EDDICE CORNELIUS
C/O FIDELITY NATIONAL TITLE
6245 E. BROADWAY #180
TUCSON AZ 85711


SOUTHWEST GAS CORP
P.O. BOX 98890
LAS VEGAS NV 89150


TUCSON ELECTRIC POWER
P.O. BOX 27327
TUCSON AZ 85726

Si Se Puede Enterprises, LLC - 4:24-bk-07108

VADAR MOUNTAIN FUNDING
C/O RECOVERY SOLUTIONS GROUP LLC
1008 MATTLIND WAY
MILFORD DE 19963

# United States Bankruptcy Court
## District of Arizona

In re **Si Se Puede Enterprises, LLC**
Debtor(s)

Case No. **4:24-bk-07108**
Chapter **11**

☐ Check if this is an Amended/Supplemental Mailing List (Include only newly added or changed creditors.)

# MAILING LIST DECLARATION

I, the Member/Manager of the corporation named as the debtor in this case, do hereby certify, under penalty of perjury, that the Master Mailing List, consisting of __2__ sheet(s), is complete, correct and consistent with the debtor(s)' Schedules.

Date: **September 3, 2024**

**/s/ Grace Soto**
**Grace Soto**/**Member/Manager**
Signer/Title

Date: **September 3, 2024**

**/s/ Charles Kendall, Jr.**
Signature of Attorney
**Charles Kendall, Jr.**
**Law Offices of Charles N. Kendall, Jr. PLLC**
**1857 S. Paseo San Luis, Suite 1**
**Sierra Vista, AZ 85635**
**520-452-9022**