Law Offices
Howard A. Chorost, P.C.
21 East Speedway Boulevard
Tucson, Arizona 85705
(520) 792-0011
(520) 844-1196 (fax)
Email: hchorost@me.com

Howard A. Chorost, Esq.
State Bar of Arizona No. 012663

Attorney for Movant

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:<br><br>SI SE PUEDE ENTERPRISES, LLC,,<br><br>Debtor.<br>_____<br><br>Eddice M. Cornelius, as Trustee of the Eddice M. Cornelius Revocable Trust dated June 25, 1999; and Louis A. Banks, as Trustee of the Louis A. Banks Living Trust dated September 21, 2010,<br><br>Movant,<br><br>vs.<br><br>SI SE PUEDE ENTERPRISES, LLC, Debtor;<br>SI SE PUEDE ENTERPRISES, LLC, Debtor-in-Possession,<br><br>Respondents. | Chapter 11 Proceedings (Subchapter V)<br><br>Case No. 4:24-bk-07108-SHG<br><br>NOTICE OF FILING MOTION FOR RELIEF FROM STAYS AND REQUIREMENT TO FILE RESPONSE;<br><br>CERTIFICATE OF SERVICE<br><br>(Re: 849 N Anita Avenue, Tucson AZ 85705)<br><br>RE: Docket Entry 13 |

NOTICE IS GIVEN that the above-named Movant, by and through their attorney, has filed a motion requesting Relief from Stays, the details of which are as follows:

Termination of the Stays will allow Movant to exercise State Law forfeiture or foreclosure remedies with regard to its Deed of Trust recorded on March 29, 2022 in the office of the Pima County Recorder in Sequence No. 20220880885.

The Subject Real Property is described as follows:
Street address: 849 N Anita Avenue, Tucson AZ 85705
Assessor's Tax Parcel Number: 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

Legal Description:
 Lot 18 in Block 5, of MCKINLEY PARK, according to Book 3 of Maps, page 26, records of Pima County, Arizona

The Trustee Sale has been postponed and is scheduled for September 25, 2024 at 11:00 AM.

Since Movant is attempting to minimize expenses in regard to the Bankruptcy Filing, Movant has requested that the entry of an Order Terminating Stay be binding as to any Chapter under the Code to which Debtor may convert.

FURTHER NOTICE IS GIVEN that pursuant to Local Bankruptcy Rule 4001-1 if no written objection is filed with the Court and a copy served on the Movant's attorney, whose address is:

> Law Offices
> Howard A. Chorost
> a Professional Corporation
> 21 East Speedway Boulevard
> Tucson, Arizona 85705
> (520) 792-0011
> (520) 844-1196 (fax)
> E-mail: hchorost@me.com

WITHIN 14 DAYS of the service of the Motion, the Motion for Relief from the Automatic Stay may be granted without further hearing.

If you are a Movant, PLEASE SEE THE MOTION TO LIFT STAY ON FILE IN THE OFFICE OF THE UNITED STATES BANKRUPTCY COURT. If you wish to object to the Motion, you must do so WITHIN 14 DAYS of the service of this Notice. Objections may be made by filing an objection with the Court, and serving a copy of the objection on the Movant's attorney, named above.

In the event that an objection is filed, a hearing will be scheduled by the United States Bankruptcy Court on said objection.

Dated: September 4, 2024

HOWARD A. CHOROST, P.C.

*/s/ Howard A. Chorost, State Bar No. 012663*

---
Howard A. Chorost
Attorney for Movant
Eddice M. Cornelius; Louis A. Banks

\* \* \* \* \* \* \* \* \* \* \*
## CERTIFICATE OF SERVICE

Howard A. Chorost, a member of the State Bar of Arizona, Certifies as follows:

1. That I am the attorney for the Movant.

2. That on September 4, 2024, I caused to be mailed (and e-mailed, as indicated below) by depositing in the postal collection box, postage pre-paid, envelopes containing said Motion for Relief from Stay, a proposed form of Order, and the Notice of Filing of Motion for Relief from Stay, to the following:

| | |
|---|---|
| 1 | GRACE NICOLE SOTO |
| 2 | 1508 W. DELAWARE ST.<br>TUCSON, AZ 85745 |
| 3 | Email: chrislukinbeal@gmail.com<br>*Real Party in Interest* |
| 4 | |
| 5 | SI SE PUEDE ENTERPRISES, LLC<br>849 N. ANITA AVE. |
| 6 | TUCSON, AZ 85705<br>Email: chrislukinbeal@gmail.com |
| 7 | *Debtor* |
| 8 | SI SE PUEDE ENTERPRISES, LLC<br>1508 W. DELAWARE ST. |
| 9 | TUCSON, AZ 85745<br>Email: chrislukinbeal@gmail.com |
| 10 | *Debtor* |
| 11 | RENEE SANDLER SHAMBLIN<br>OFFICE OF THE U.S. TRUSTEE |
| 12 | 230 North First Avenue, Suite 204<br>Phoenix, AZ 85003-1706 |
| 13 | Email: renee.s.shamblin@usdoj.gov<br>*Attorney for U.S. Trustee* |
| 14 | |
| 15 | CHARLES N. KENDALL, JR.<br>Law Offices of Charles N. Kendall, Jr., P.L.L.C. |
| 16 | P.O. Box 1756<br>Bisbee, AZ 85603 |
| 17 | Email: kendall_law_firm@hotmail.com; ckendallesq@gmail.com<br>*Attorney for Debtor* |
| 18 | |
| 19 | Christopher C. Simpson<br>Osborn Maledon, PA |
| 20 | 2929 N. Central Avenue, 21st Floor<br>Phoenix, AZ 85012-2793 |
| 21 | Email: csimpson@omlaw.com<br>*Subchapter V Trustee* |

3. That a copy of the above Notice was sent to all parties appearing as having an interest in the subject property, to wit: To all parties excepting Movant and Movant's Counsel pursuant to the Mailing List filed by Debtor on September 3, 2024 under Docket Entry No. 14, to wit:

ARIZONA DEPARTMENT OF REVENUE
COLLECTIONS DIVISION
1600 WEST MONROE
PHOENIX AZ 85007

INTERNAL REVENUE SERVICE
210 E EARLL
STOP 5014PX
PHOENIX AZ 85012

| | |
|---|---|
| 1 | |
| 2 | ARIZONA DEPARTMENT OF REVENUE<br>BANKRUPTCY LITIGATION SECTION<br>1600 WEST MONROE |
| 3 | PHOENIX AZ 85007 |
| 4 | BAKEMARK<br>PO BOX 37 |
| 5 | PICO RIVERA CA 90660 |
| 6 | |
| 7 | CITY OF TUCSON WATER<br>310 W. ALAMEDA ST.<br>TUCSON AZ 85701 |
| 8 | |
| 9 | CURE PAYMENT RECOVERY SOLUTIONS, LLC<br>PO BOX 873<br>MANORVILLE NY 11949 |
| 10 | |
| 11 | SOUTHWEST GAS CORP<br>P.O. BOX 98890 |
| 12 | LAS VEGAS NV 89150 |
| 13 | TUCSON ELECTRIC POWER<br>P.O. BOX 27327 |
| 14 | TUCSON AZ 85726 |
| 15 | VADAR MOUNTAIN FUNDING<br>C/O RECOVERY SOLUTIONS GROUP LLC |
| 16 | 1008 MATTLIND WAY<br>MILFORD DE 19963 |
| 17 | |
| 18 | DATED: September 4, 2024 |
| 19 | HOWARD A. CHOROST, P.C. |
| 20 | */s/ Howard A. Chorost, State Bar No. 012663* |
| 21 | _____<br>Howard A. Chorost |
| 22 | Attorney for Movant<br>Eddice M. Cornelius;  Louis A. Banks |