# Notice Recipients

District/Off: 0970–4  User: admin  Date Created: 9/4/2024
Case: 4:24–bk–07108–SHG  Form ID: 309F2  Total: 19

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
tr   ZCHAPTER 11 FMC
cr   Cornelius, Eddice M and Banks, Louis A

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          SI SE PUEDE ENTERPRISES, LLC         849 N. ANITA AVE.         TUCSON, AZ 85705
tr          CHRISTOPHER CHARLES SIMPSON          Osborn Maledon, P.A.          2929 N. Central Ave., 21st Fl.          PHOENIX, AZ 85012
aty         CHARLES N. KENDALL, JR.          Law Offices of Charles N. Kendall, Jr., P.L.L.C.          P.O. Box 1756          Bisbee, AZ 85603
aty         CHRISTOPHER CHARLES SIMPSON          Osborn Maledon, P.A.          2929 N. Central Ave., 21st Fl.          PHOENIX, AZ 85012
aty         HOWARD A. CHOROST          HOWARD A. CHOROST, P.C.          21 E. SPEEDWAY BLVD.          TUCSON, AZ 85705
smg         AZ DEPARTMENT OF REVENUE          BANKRUPTCY & LITIGATION          1600 W. MONROE, 7TH FL.          PHOENIX, AZ 85007–2650
17491902    ARIZONA DEPARTMENT OF REVENUE          BANKRUPTCY LITIGATION SECTION          1600 WEST MONROE          PHOENIX AZ 85007
17491900    ARIZONA DEPARTMENT OF REVENUE          COLLECTIONS DIVISION          1600 WEST MONROE          PHOENIX AZ 85007
17491903    BAKEMARK          PO BOX 37          PICO RIVERA CA 90660
17491904    CITY OF TUCSON WATER          310 W. ALAMEDA ST.          TUCSON AZ 85701
17491905    CURE PAYMENT RECOVERY SOLUTIONS, LLC          PO BOX 873          MANORVILLE NY 11949
17491906    HOWARD CHOROST          21 EAST SPEEDWAY BOULEVARD          TUCSON AZ 85705
17491901    INTERNAL REVENUE SERVICE          210 E EARLL          STOP 5014PX          PHOENIX AZ 85012
17491907    LOUIS A. BANKS AND EDDICE CORNELIUS          C/O FIDELITY NATIONAL TITLE          6245 E. BROADWAY #180          TUCSON AZ 85711
17491908    SOUTHWEST GAS CORP          P.O. BOX 98890          LAS VEGAS NV 89150
17491909    TUCSON ELECTRIC POWER          P.O. BOX 27327          TUCSON AZ 85726
17491910    VADAR MOUNTAIN FUNDING          C/O RECOVERY SOLUTIONS GROUP LLC          1008 MATTLIND WAY          MILFORD DE 19963

TOTAL: 17