Law Offices of
**CHARLES N. KENDALL, JR., P.L.L.C.**
*Attorney at Law*
**P.O. Box 1756
Bisbee, Arizona 85603
Tel: (520) 452-9022
Charles N. Kendall, Jr., Esq.
State Bar No. 15133
ckendallesq@gmail.com
Attorney for Debtor**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| In Re: | Chapter 11 |
|---|---|
| SI SE PUEDE ENTERPRISES, LLC, | No.  4:24-bk-07108-SHG |
| Debtor. | **MOTION TO EXTEND TIME TO FILE SCHEDULES AND STATEMENTS** |

SI SE PUEDE ENTERPRISES, LLC, the debtor and debtor-in-possession (the "Debtor"), by and through undersigned counsel, hereby requests that the time for filing the Schedules and Statements be extended.

In support of such request, states as follows:

1. The Debtor's petition was filed on August 27, 2024. Rule 1007 requires that the Schedules be filed with the petition, or (in this Debtor's case) within fourteen days of the date of the filing of the bankruptcy petition. The Creditor's Meeting is currently set for October 10, 2024, at 10:30 a.m.

2. The petition was filed on an emergency basis.

3. Undersigned counsel has not had sufficient time to properly prepare the schedules and statements because Debtor's principal has been in the hospital and has been unable to meet with undersigned counsel.

The Debtor needs until September 26, 2024 (fourteen days before creditors meeting) to file the schedules and statements.

RESPECTFULLY SUBMITTED this 10th day of September, 2024.

*Law Offices of*
    CHARLES N. KENDALL, JR., P.L.L.C.

By: /s/ Charles N. Kendall, Jr.
    CHARLES N. KENDALL, JR.
    Attorney for the Debtor

ORIGINAL of the foregoing electronically
filed this 10th day of September, 2024, with:

CLERK, UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA
*https://ecf.azb.uscourts.gov*

Copies of the foregoing
mailed/electronically delivered
this 10th day of September, 2024, to:

Howard A. Chorost
HOWARD A. CHOROST, P.C.
21 E. Speedway Blvd.
Tucson, AZ 85705
hchorost@me.com
*Attorneys for Eddice M. Cornelius, Trustee Eddice M. Cornelius Trust and Louis A. Banks, Trustee Louis A. Banks Trust*

Christopher Charles Simpson
OSBORN MALEDON, P.A.
2929 N. Central Ave., 21st Fl.
Phoenix, AZ 85012
csimpson@omlaw.com
*Subchapter V Trustee*

Renee S. Shamblin
OFFICE OF THE U.S. TRUSTEE
230 N. First Avenue, Suite 204
Phoenix, AZ 85003-1706
Renee.S.Shamblin@usdoj.gov
*Attorneys for U.S. Trustee*