| | |
|---|---|
| 1 | *Law Offices of*<br>**CHARLES N. KENDALL, JR., P.L.L.C.** |
| 2 | *Attorney at Law*<br>**P.O. Box 1756** |
| 3 | **Bisbee, Arizona 85603** |
| 4 | **Tel: (520) 452-9022**<br>**Charles N. Kendall, Jr., Esq.** |
| 5 | **State Bar No. 15133** |
| 6 | ckendallesq@gmail.com<br>**Attorney for Debtor** |

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| In Re: | Chapter 11 |
|---|---|
| SI SE PUEDE ENTERPRISES, LLC, | No. 4:24-bk-07108-SHG |
| Debtor. | **NOTICE OF LODGING PROPOSED ORDER GRANTING MOTION TO EXTEND TIME TO FILE SCHEDULES AND STATEMENTS** |

**NOTICE IS HEREBY GIVEN**, pursuant to Local Bankruptcy Rule 9022-1(b), that undersigned counsel has on this date lodged a proposed form of *Order Granting Motion to Extend Time to File Schedules and Statements*, a copy of which is attached hereto as **Exhibit "A"**.

DATED this 10th day of September, 2024.

            *Law Offices of*
            CHARLES N. KENDALL, JR., P.L.L.C.

            By: /s/ Charles N. Kendall, Jr.
                 CHARLES N. KENDALL, JR.
                 Attorney for the Debtor

| | |
|---|---|
| 1 | ORIGINAL of the foregoing electronically filed this 10th day of September, 2024, with: |
| 2 | |
| 3 | CLERK, UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF ARIZONA<br>https://ecf.azb.uscourts.gov |
| 4 | |
| 5 | Copies of the foregoing mailed/electronically delivered |
| 6 | this 10th day of September, 2024, to: |
| 7 | Howard A. Chorost |
| 8 | HOWARD A. CHOROST, P.C.<br>21 E. Speedway Blvd. |
| 9 | Tucson, AZ 85705<br>hchorost@me.com |
| 10 | *Attorneys for Eddice M. Cornelius, Trustee Eddice M. Cornelius Trust and Louis A. Banks, Trustee Louis A. Banks Trust* |
| 11 | |
| 12 | Christopher Charles Simpson |
| 13 | Osborn Maledon, P.A.<br>2929 N. Central Ave., 21st Fl. |
| 14 | Phoenix, AZ 85012<br>csimpson@omlaw.com |
| 15 | *Subchapter V Trustee* |
| 16 | Renee S. Shamblin |
| 17 | OFFICE OF THE U.S. TRUSTEE<br>230 N. First Avenue, Suite 204 |
| 18 | Phoenix, AZ 85003-1706<br>Renee.S.Shamblin@usdoj.gov |
| 19 | *Attorneys for U.S. Trustee* |