IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:<br><br>SI SE PUEDE ENTERPRISES, LLC,<br><br>Debtor. | Chapter 11<br><br>No.    4:24-bk-07108-SHG<br><br>**ORDER GRANTING MOTION TO EXTEND TIME TO FILE SCHEDULES AND STATEMENTS** |

The Debtor having filed a *Motion to Extend Time to File Schedules and Statements*, and good cause appearing.

IT IS HEREBY ORDERED that the Debtor's Schedules and Statements, as required by Rule 1007, shall be filed on or before September 26, 2024.

**DATED, SIGNED and ORDERED ABOVE.**