*Law Offices of*
**CHARLES N. KENDALL, JR., P.L.L.C.**
*Attorney at Law*
P.O. Box 1756
Bisbee, Arizona 85603
Tel: (520) 452-9022
Charles N. Kendall, Jr., Esq.
State Bar No. 15133
ckendallesq@gmail.com
Attorney for Debtor

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br>SI SE PUEDE ENTERPRISES, LLC,<br>               Debtor. | Chapter 11<br>Case No. 4:24-bk-07108-SHG |
| Eddice M. Cornelius, as Trustee of the Eddice M. Cornelius Revocable Trust dated June 25, 1999; and Louis A. Banks, as Trustee of the Louis A. Banks Living Trust dated September 21, 2010,<br>               Movant,<br>vs.<br>SI SE PUEDE ENTERPRISES, LLC, Debtor; SI SE PUEDE ENTERPRISES, LLC, Debtor-in-Possession,<br>               Respondents. | **RESPONSE TO MOTION FOR RELIEF FROM STAYS**<br>Re: 849 N. Anita Avenue<br>     Tucson, Arizona 85705<br>[Related to Dkt. No. 13] |

SI SE PUEDE ENTERPRISES, LLC ("Debtor") hereby responds in opposition to the *Motion for Relief from Stays* [Dkt. No. 13] ("Motion") filed by Eddice M. Cornelius, as Trustee of the Eddice M. Cornelius Revocable Trust dated June 25, 1999; and Louis A. Banks, as Trustee of the Louis A. Banks Living Trust dated September 21, 2010 ("Movant") regarding the real property located at 849 N. Anita Avenue, Tucson, AZ 85705 (the "Property").

Stay relief is improper for the following reasons:

1. This bankruptcy was filed on an expedited basis on August 27, 2024.

2. Debtor owns and operates Anita's Street Market on the Property. Anita's Street Market is a family-owned business that opened in 1984 and specializes in handmade flour tortillas, burritos, and tamales.

3. The Property is necessary for an effective reorganization as Debtor's only source of income is generated from operating the business on the Property.

4. Debtor has insurance on the Property as demonstrated by the proof of Business Insurance issued by State Farm Fire and Casualty Company, a copy of which is attached hereto as **Exhibit "A"** and incorporated by reference herein.

5. Debtor has struggled to keep the restaurant open over the course of the past year and a half, but it is now operating at full capacity. Debtor, therefore, has the capability of making monthly payments to Movants and should be given an opportunity to do so.

Based on the foregoing, it is premature at this time to grant stay relief as Debtor has the ability to effectively reorganize and the Property is adequately insured. Wherefore, the Debtor respectfully requests that the Court deny the Motion.

RESPECTFULLY SUBMITTED this 18th day of September, 2024.

*Law Offices of*
CHARLES N. KENDALL, JR., P.L.L.C.

By: /s/ Charles N. Kendall, Jr.
CHARLES N. KENDALL, JR.
Attorney for the Debtor

ORIGINAL of the foregoing electronically filed this 18th day of September, 2024, with:

CLERK, UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA
*https://ecf.azb.uscourts.gov*

-2-

| | |
|---|---|
| 1 | Copies of the foregoing |
| 2 | mailed/electronically delivered |
| 3 | this 18th day of September, 2024, to: |
| 4 | Howard A. Chorost |
|   | HOWARD A. CHOROST, P.C. |
| 5 | 21 E. Speedway Blvd. |
|   | Tucson, AZ 85705 |
| 6 | hchorost@me.com |
| 7 | *Attorneys for Eddice M. Cornelius, Trustee Eddice M. Cornelius Trust and Louis A. Banks, Trustee Louis A. Banks Trust* |
| 8 | |
| 9 | Christopher Charles Simpson |
|   | OSBORN MALEDON, P.A. |
| 10 | 2929 N. Central Ave., 21st Fl. |
|   | Phoenix, AZ 85012 |
| 11 | csimpson@omlaw.com |
| 12 | *Subchapter V Trustee* |
| 13 | Renee S. Shamblin |
|   | OFFICE OF THE U.S. TRUSTEE |
| 14 | 230 N. First Avenue, Suite 204 |
|   | Phoenix, AZ 85003-1706 |
| 15 | Renee.S.Shamblin@usdoj.gov |
|   | *Attorneys for U.S. Trustee* |

-3-

Case 4:24-bk-07108-SHG   Doc 25   Filed 09/18/24   Entered 09/18/24 23:03:23   Desc
Main Document    Page 3 of 6

**From:** State Farm <statefarmservice@statefarmservice.com>
**Sent:** Wednesday, September 18, 2024 3:37 PM
**To:** ANITASTMARKET@OUTLOOK.COM <ANITASTMARKET@OUTLOOK.COM>
**Subject:** Your State Farm Payment Receipt

Here's your receipt.



Hello, Gracie.

Thank you for your payment. Here's your receipt.

We received payment from your financial card ending in ▇▇▇▇ in the amount of $275.00 on September 18, 2024.

We applied your payment as described below. If you did not authorize this transaction, or believe you received this information in error, contact your State Farm® agent. When calling, please use your payment reference number D09EW0MZ. Evelina accepted your payment.

## Your receipt

| Policy number | Policy type | Amount paid |
|---|---|---|
| ▇▇-▇▇▇-5954-4 | Business Fire<br>849 N Anita Ave | $275.00 |

**Total amount paid to billing account**
▇▇▇-▇▇▇▇-262                                                                 $275.00



**Michael Bader**
State Farm Agent
Agent License #: AZ-1800005066
Spanish

(520) 878-0098
4627 N 1st Avenue Ste 2
Tucson, AZ 85718

Visit my website



Quote effective date: 09/18/2024

# Here's your personalized quote, GRACIE:

Policy type:
Food Shop

Named insured:
GRACIE SOTO

Quote prepared on:
09/18/2024

Quote prepared by:
Evelina Figueroa



$380.25
Monthly premium

$4,563.00
Annual premium

Total annual premium: $4,563.00

| Coverages | Cov applies | Limit | Premium |
|---|---|---|---|
| Coverage A - Building Replacement Cost | Loc 1 | $504,000 | $3,242.00 |
| Coverage B - Business Personal Property Replacement Cost | Loc 1 | $100,000 | $1,726.00 |
| Coverage L - Business Liability - Per Occurrence | | $1,000,000 | $1,147.00 |
| Coverage L - Business Liability - Aggregate Limit | | $2,000,000 | |
| Coverage L - Business Liability - Products/Completed Operations Liability Annual Aggregate Limit | | $2,000,000 | |

## POLICY DEDUCTIBLES

| Deductible | Amount |
|---|---|
| Policy Deductible | $1,000 |
| Employee Dishonesty | $250 |
| Equipment Breakdown | $1,000 |
| Money and Securities | $250 |

## DISCOUNTS AND CHARGES

| Discounts and Charges | Location | Amount |
|---|---|---|
| Age of Building | Loc 1 | $875.00 |
| Business Experience Rating | | ($1,140.00) |
| Protective Devices | Loc 1 | ($583.00) |
| Years in Business | | ($704.00) |

## POLICY LEVEL-PREMIUMS

| Coverages | Limit (Basis) | Premium |
|---|---|---|
| Coverage M - Medical Expenses | $5,000 | |
| Damage to Premises Rented to You | $300,000 | |
| Dependent Property - Loss of Income | $5,000 | |
| Employee Dishonesty | $10,000 | |
| Equipment Breakdown | Included | |
| Loss of Income and Extra Expense | 12 Months Actual Loss Sustained | |
| Personal Property Off Premises | $15,000 | |
| Utility Interruption - Loss of Income | | |

## OTHER FORMS AND ENDORSEMENTS

| Form or Endorsement | Premium |
|---|---|

### INLAND MARINE PREMIUM

| Coverages | Deductible | Limit (Basis) | Premium |
|---|---|---|---|
| Computer Property | | | |
|   Deductible | $500 | | |
|   Computer Hardware / Software Limit | | $25,000 | |
|   Loss of Income and Extra Expense Limit | | $25,000 | |

### LOCATION(S)

Location: 1
Address:
849 N Anita Ave
Tucson, Arizona 85705-7511

| Coverages | Limit (Basis) | Premium |
|---|---|---|
| Accounts Receivable (On Premises) | $10,000 | |
| Accounts Receivable (Off Premises) | $5,000 | |
| Arson Reward | $5,000 | |
| Back-up of Sewer or Drain (Personal Property) | $15,000 | |
| Collapse | Included | |
| Damage to Non-owned Buildings from Theft, Burglary or Robbery | Coverage B Limit | |
| Debris Removal (% of covered loss) | 25% of covered loss | |
| Fire Extinguisher Systems Recharge Expense | $5,000 | |
| Food Contamination - Loss of Income (Additional Advertising Expenses) | $3,000 | |
| Food Contamination - Loss of Income (Per Occurrence) | $10,000 | |
| Forgery or Alteration | $10,000 | |
| Glass Expenses | Included | |
| Increased Cost of Construction and Demolition Costs (Percentage) | 10% | |
| Money Orders and Counterfeit Money | $1,000 | |
| Money and Securities (On Premises) | $10,000 | |
| Money and Securities (Off Premises) | $5,000 | |
| Newly Acquired Business Personal Property | $100,000 | |
| Newly Acquired or Constructed Buildings | $250,000 | |
| Ordinance or Law - Equipment Coverage | Included | |
| Outdoor Property | $5,000 | |
| Personal Effects | $2,500 | |
| Pollutant Clean Up and Removal | $10,000 | |
| Property of Others | $2,500 | |
| Seasonal Increase - Business Personal Property | 25% | |
| Signs | $10,000 | |
| Spoilage (On Premises) | $15,000 | |
| Spoilage (Off Premises) | $5,000 | |
| Spoilage (Expediting Expense) | $1,000 | |
| Valuable Papers and Records (On Premises) | $10,000 | |
| Valuable Papers and Records (Off Premises) | $5,000 | |