| | |
|---|---|
| Law Offices<br>Howard A. Chorost, P.C.<br>21 East Speedway Boulevard<br>Tucson, Arizona 85705<br>(520) 792-0011<br>(520) 844-1196 (fax)<br>Email: hchorost@me.com<br><br>Howard A. Chorost, Esq.<br>State Bar of Arizona No. 012663<br><br>Attorney for Movant | |

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:<br><br>SI SE PUEDE ENTERPRISES, LLC,,<br><br>Debtor.<br>_____<br><br>Eddice M. Cornelius, as Trustee of the Eddice M. Cornelius Revocable Trust dated June 25, 1999; and Louis A. Banks, as Trustee of the Louis A. Banks Living Trust dated September 21, 2010,<br><br>Movant,<br><br>vs.<br><br>SI SE PUEDE ENTERPRISES, LLC, Debtor;<br>SI SE PUEDE ENTERPRISES, LLC, Debtor-in-Possession,<br><br>Respondents. | Chapter 11 Proceedings (Subchapter V)<br><br>Case No. 4:24-bk-07108-SHG<br><br>NOTICE OF PRELIMINARY HEARING ON MOTION FOR STAY RELIEF;<br><br>CERTIFICATE OF SERVICE<br><br>(Re: 849 N Anita Avenue, Tucson AZ 85705)<br><br>Hearing Date: 10/23/2024<br>Hearing Time: 2:00 PM<br>Location: Zoom Videoconference<br><br>RE: Docket Entry 13 |

    Take Notice that a Preliminary Hearing on Movant's Motion for Relief from Stay will come before the Court on Wednesday, October 23, 2024 at 2:00 P.M.

    Interested parties are expected to appear via https://www.zoomgov.com/. The hearing ID is 161 566 3365 and the passcode is 157658. Alternatively, interested parties may use the following Zoom hearing link: https://www.zoomgov.com/j/1615663365?pwd=dHVJOTF5WitsVnU3Mk1pTWw5SzZadz09

    Participants are expected to join the videoconference 5 minutes prior to the scheduled hearing time and ensure that their full name (First and Last Name) is displayed for the record. For additional instructions regarding videoconferencing, please visit www.azb.uscourts.gov to review the Videoconference Hearing Guidelines.

///
///

Dated: September 23, 2024

HOWARD A. CHOROST, P.C.

*/s/ Howard A. Chorost, State Bar No. 012663*

Howard A. Chorost
Attorney for Movant
Eddice M. Cornelius; Louis A. Banks

\* \* \* \* \* \* \* \* \* \* \* \*

## CERTIFICATE OF SERVICE

Howard A. Chorost, a member of the State Bar of Arizona, Certifies as follows:

1. That I am the attorney for the Movant.

2. That on September 23, 2024, I caused to be e-mailed the forgoing Notice of Preliminary Hearing on Motion for Relief from Stay, to the following:

GRACE NICOLE SOTO
1508 W. DELAWARE ST.
TUCSON, AZ 85745
Email: chrislukinbeal@gmail.com
*Real Party in Interest*

SI SE PUEDE ENTERPRISES, LLC
849 N. ANITA AVE.
TUCSON, AZ 85705
Email: chrislukinbeal@gmail.com
*Debtor*

SI SE PUEDE ENTERPRISES, LLC
1508 W. DELAWARE ST.
TUCSON, AZ 85745
Email: chrislukinbeal@gmail.com
*Debtor*

RENEE SANDLER SHAMBLIN
OFFICE OF THE U.S. TRUSTEE
230 North First Avenue, Suite 204
Phoenix, AZ 85003-1706
Email: renee.s.shamblin@usdoj.gov
*Attorney for U.S. Trustee*

CHARLES N. KENDALL, JR.
Law Offices of Charles N. Kendall, Jr., P.L.L.C.
P.O. Box 1756
Bisbee, AZ 85603
Email: kendall_law_firm@hotmail.com; ckendallesq@gmail.com
*Attorney for Debtor*

Christopher C. Simpson
Osborn Maledon, PA
2929 N. Central Avenue, 21st Floor
Phoenix, AZ 85012-2793
Email: csimpson@omlaw.com
*Subchapter V Trustee*

3. Service was also made via the ECF system.

DATED: September 23, 2024

        HOWARD A. CHOROST, P.C.

        */s/ Howard A. Chorost, State Bar No. 012663*

        Howard A. Chorost
        Attorney for Movant
        Eddice M. Cornelius; Louis A. Banks