DENNIS P. McLAUGHLIN
Principal Assistant City Attorney
MIKE RANKIN
City Attorney
P.O. Box 27210
Tucson, AZ 85726-7210
Telephone: (520) 791-4221
Fax: (520) 623-9803
State Bar No. 009197
e-mail: dennis.mclaughlin@tucsonaz.gov
Attorney for City of Tucson,
  Department of Revenue and Tucson Water

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| Si Se Puede Enterprises LLC, Debtors. | Chapter 11<br><br>Case No.: 4:24-bk-07108<br><br>NOTICE OF APPEARANCE |
|---|---|

**NOW COMES** Dennis McLaughlin, Attorney for the City of Tucson, and hereby enters his appearance as counsel of record for the City of Tucson, Arizona, and further requests that all notices, motions, briefs, pleadings, orders, and other papers that may be filed in this case be served upon the City at its business address: City of Tucson, Office of the City Attorney – Civil Division, P.O. Box 27210, Tucson AZ 85726-7210.

Dated this __26th__ day of __September__, 2024.

        MICHAEL G. RANKIN
        City Attorney

    By    */s/ Dennis P. McLaughlin*
            Dennis P. McLaughlin
            Principal Assistant City Attorney

Copy of the foregoing e-filed and e-served
this 26th day of September, 2024.

**CHARLES N. KENDALL, JR.**
LAW OFFICES OF CHARLES N. KENDALL, JR., P.L.L.C.
P.O. BOX 1756
BISBEE, AZ 85603
*Attorney for Debtors*

**CHRISTOPHER CHARLES SIMPSON**
OSBORN MALEDON, P.A.
2929 N. CENTRAL AVE., 21ST FL
PHOENIX, AZ 85012
*Trustee*

**RENEE SANDLER SHAMBLIN**
OFFICE OF THE U.S. TRUSTEE
230 NORTH FIRST AVENUE
SUITE 204
PHOENIX, AZ 85003
*Trustee*

**U.S. TRUSTEE**
OFFICE OF THE U.S. TRUSTEE
230 NORTH FIRST AVENUE
SUITE 204
PHOENIX, AZ 85003
*Trustee*

By */s/ Tracey L. Taylor*