IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

In re:

Si Se Puede Enterprises, LLC,

Debtor(s).

In Proceedings under Chapter 11

Case No. 4:24-bk-07108-SHG

**§ 341 First Meeting of Creditors Minute Sheet**

**Date:** October 10, 2024

**Time:** 10:30 a.m.

Debtor Present: ■ YES ☐ NO    Presiding Officer: Renee S. Shamblin

Debtor's Address: _____

Appearance by Attorney for Debtor: Charles N. Kendall, Jr.    ■ YES ☐ NO

Grace Soto    Present of Behalf of Debtor

Debtor Representative(s) Sworn and Examined? ■ YES ☐ NO

Appearances:

| Name | Party Represented |
|---|---|
| 1. Howard Chorost | Secured Creditor - Louis Banks and Eddice C |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

Related Cases: _____

Schedules Filed? ■ YES ☐ NO   If No, has Order been Entered Extending Time? ☐ Y ☐ N

If No, why have the Schedules not been filed? _____

When will the Schedules be filed? _____

■ Concluded  ☐ Continued    **Date:** _____

**Time:** _____

**Location:** _____

☐ Dismiss for Failure to Appear and/or for Failure to File Schedules