# United States Bankruptcy Court
## District of Arizona

| | |
|---|---|
| In re: | Case No. 24-07108-SHG |
| SI SE PUEDE ENTERPRISES, LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0970-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 10, 2024 | Form ID: vidresc | Total Noticed: 16 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

+++      Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 12, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | SI SE PUEDE ENTERPRISES, LLC, 849 N. ANITA AVE., TUCSON, AZ 85705-7511 |
| 17491903 | + | BAKEMARK, PO BOX 37, PICO RIVERA CA 90660-0037 |
| 17491904 | + | CITY OF TUCSON WATER, 310 W. ALAMEDA ST., TUCSON AZ 85701-8206 |
| 17491905 | + | CURE PAYMENT RECOVERY SOLUTIONS, LLC, PO BOX 873, MANORVILLE NY 11949-0873 |
| 17491906 | + | HOWARD CHOROST, 21 EAST SPEEDWAY BOULEVARD, TUCSON AZ 85705-7714 |
| 17491901 | +++ | INTERNAL REVENUE SERVICE, PO BOX 7346, PHILADELPHIA PA 19101-7346 |
| 17491907 | + | LOUIS A. BANKS AND EDDICE CORNELIUS, C/O FIDELITY NATIONAL TITLE, 6245 E. BROADWAY #180, TUCSON AZ 85711-4017 |
| 17491908 | + | SOUTHWEST GAS CORP, P.O. BOX 98890, LAS VEGAS NV 89150-0001 |
| 17491909 | | TUCSON ELECTRIC POWER, P.O. BOX 27327, TUCSON AZ 85726 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: tracey.taylor@tucsonaz.gov | Oct 10 2024 22:35:00 | City of Tucson, Office of the City Attorney, PO Box 27210, Tucson, AZ 85726-7210, UNITED STATES 85726-7210 |
| 17491900 | + | Email/Text: bankruptcynotices@azdor.gov | Oct 10 2024 22:34:00 | ARIZONA DEPARTMENT OF REVENUE, COLLECTIONS DIVISION, 1600 WEST MONROE, PHOENIX AZ 85007-2612 |
| 17491902 | + | Email/Text: bankruptcynotices@azdor.gov | Oct 10 2024 22:34:00 | ARIZONA DEPARTMENT OF REVENUE, BANKRUPTCY LITIGATION SECTION, 1600 WEST MONROE, PHOENIX AZ 85007-2612 |
| 17495571 | + | Email/Text: bankruptcynotices@azdor.gov | Oct 10 2024 22:34:00 | ARIZONA DEPARTMENT OF REVENUE, Office of the Arizona Attorney General, c/o Tax, Bankruptcy and Collection Sct, 2005 N Central Ave, Suite 100, Phoenix AZ 85004-1546 |
| 17514449 | + | Email/Text: tracey.taylor@tucsonaz.gov | Oct 10 2024 22:35:00 | City of Tucson, Office of the City Attorney, P.O. Box 27210, Tucson, AZ 85726-7210 |
| 17521192 | + | Email/Text: hchorost@me.com | Oct 10 2024 22:35:00 | Eddice M. Cornelis, as Trustee and Louis A Banks,, c/o Howard A. Chorost, P.C., 21 E. Speedway Blvd., Tucson, AZ 85705-7714 |
| 17491910 | + | Email/Text: admin@rsgcollect.com | Oct 10 2024 22:34:00 | VADAR MOUNTAIN FUNDING, C/O RECOVERY SOLUTIONS GROUP LLC, 1008 MATTLIND WAY, MILFORD DE 19963-5300 |

TOTAL: 7

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID      Bypass Reason   Name and Address**

cr      Cornelius, Eddice M and Banks, Louis A

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 12, 2024        Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 10, 2024 at the address(es) listed below:**

**Name**      **Email Address**

CHARLES N. KENDALL, JR.
     on behalf of Debtor SI SE PUEDE ENTERPRISES LLC kendall_law_firm@hotmail.com, n.cr78143@notify.bestcase.com

CHRISTOPHER CHARLES SIMPSON
     on behalf of Trustee CHRISTOPHER CHARLES SIMPSON csimpson@omlaw.com pnieto@omlaw.com,csimpson@ecf.axosfs.com

CHRISTOPHER CHARLES SIMPSON
     csimpson@omlaw.com pnieto@omlaw.com,csimpson@ecf.axosfs.com

DENNIS PATRICK MCLAUGHLIN
     on behalf of Creditor City of Tucson dennis.mclaughlin@tucsonaz.gov tracey.taylor@tucsonaz.gov

HOWARD A. CHOROST
     on behalf of Creditor Cornelius Eddice M and Banks, Louis A hchorost@me.com

RENEE SANDLER SHAMBLIN
     on behalf of U.S. Trustee U.S. TRUSTEE renee.s.shamblin@usdoj.gov

TOTAL: 6

FORM−VIDRESC

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:                                                            Case No.: 4:24−bk−07108−SHG

SI SE PUEDE ENTERPRISES, LLC            Chapter: 11
849 N. ANITA AVE.
TUCSON, AZ 85705
SSAN:
EIN: 87−1831854

Debtor(s)

## NOTICE OF RESCHEDULED VIDEOCONFERENCE HEARING

NOTICE IS HEREBY GIVEN that the hearing scheduled for 10/24/2024 at 2:00 p.m. has been vacated.

The hearing has been RESCHEDULED for **10/29/24** at **02:00 PM**. The **Honorable Scott H. Gan** will consider and/or act upon the following matter(s) at the hearing:

CHAPTER 11 CASE MANAGMENT HEARING (RESCHEDULED ON THE COURT'S OWN MOTION)

Any interested parties may appear via **https://www.zoomgov.com**, **hearing ID 161 566 3365** and **passcode 157658**. Alternatively, interested parties may use the following hearing link:
https://www.zoomgov.com/j/1615663365?pwd=dHVJOTF5WitsVnU3Mk1pTWw5SzZadz09.

The Videoconference Hearing Guidelines, including detailed instructions for appearing by videoconference, are located on the Court's website at: https://azb.uscourts.gov/videoconference−hearing−guidelines.

Date: October 10, 2024

Address of the Bankruptcy Clerk's Office:        Clerk of the Bankruptcy Court:
U.S. Bankruptcy Court, Arizona
38 S. Scott Avenue                                          Khadijia V. White−Thomas
Tucson, AZ 85701−1704
Telephone number: (520) 202−7500
www.azb.uscourts.gov