In re:                                                                                                                                   Case No. 24-07108-SHG

SI SE PUEDE ENTERPRISES, LLC                                                                 Chapter 11
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0970-4                                           User: admin                                                 Page 1 of 2
Date Rcvd: Oct 10, 2024                                 Form ID: vidresc                                  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**
\+                  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 12, 2024:**

**Recip ID               Recipient Name and Address**
db                   +   SI SE PUEDE ENTERPRISES, LLC, 849 N. ANITA AVE., TUCSON, AZ 85705-7511

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 12, 2024                                    Signature:             /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 10, 2024 at the address(es) listed below:**

**Name                         Email Address**

CHARLES N. KENDALL, JR.
                on behalf of Debtor SI SE PUEDE ENTERPRISES  LLC kendall_law_firm@hotmail.com, n.cr78143@notify.bestcase.com

CHRISTOPHER CHARLES SIMPSON
                on behalf of Trustee CHRISTOPHER CHARLES SIMPSON csimpson@omlaw.com
                pnieto@omlaw.com,csimpson@ecf.axosfs.com

CHRISTOPHER CHARLES SIMPSON
                csimpson@omlaw.com  pnieto@omlaw.com,csimpson@ecf.axosfs.com

DENNIS PATRICK MCLAUGHLIN
                on behalf of Creditor City of Tucson dennis.mclaughlin@tucsonaz.gov  tracey.taylor@tucsonaz.gov

HOWARD A. CHOROST
                on behalf of Creditor Cornelius  Eddice M and Banks, Louis A hchorost@me.com

RENEE SANDLER SHAMBLIN

on behalf of U.S. Trustee U.S. TRUSTEE renee.s.shamblin@usdoj.gov

TOTAL: 6

FORM−VIDRESC

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:  Case No.: 4:24−bk−07108−SHG

SI SE PUEDE ENTERPRISES, LLC  Chapter: 11
849 N. ANITA AVE.
TUCSON, AZ 85705
SSAN:
EIN: 87−1831854

Debtor(s)

## NOTICE OF RESCHEDULED VIDEOCONFERENCE HEARING

NOTICE IS HEREBY GIVEN that the hearing scheduled for 10/24/2024 at 2:00 p.m. has been vacated.

The hearing has been RESCHEDULED for **10/29/24** at **02:00 PM**. The **Honorable Scott H. Gan** will consider and/or act upon the following matter(s) at the hearing:

PRELIMINARY HEARING ON MOTION FOR STAY RELIEF RE: 849 N ANITA AVENUE, TUCSON, AZ 85705 (RESCHEDULED ON THE COURT'S OWN MOTION)

Any interested parties may appear via **https://www.zoomgov.com**, **hearing ID 161 566 3365** and **passcode 157658**. Alternatively, interested parties may use the following hearing link:
https://www.zoomgov.com/j/1615663365?pwd=dHVJOTF5WitsVnU3Mk1pTWw5SzZadz09.

The Videoconference Hearing Guidelines, including detailed instructions for appearing by videoconference, are located on the Court's website at: https://azb.uscourts.gov/videoconference−hearing−guidelines.

Date: October 10, 2024

Address of the Bankruptcy Clerk's Office:  Clerk of the Bankruptcy Court:
U.S. Bankruptcy Court, Arizona
38 S. Scott Avenue  Khadijia V. White−Thomas
Tucson, AZ 85701−1704
Telephone number: (520) 202−7500
www.azb.uscourts.gov