**LAURA CONOVER**
**PIMA COUNTY ATTORNEY**
**CIVIL DIVISION**
Javier A. Gherna, SBN 035220
Deputy County Attorney
32 North Stone Ave., Suite 2100
Tucson, Arizona 85701
Telephone:(520)724-5700
Javier.Gherna@pcao.pima.gov
pcaocvbk@pcao.pima.gov
*Attorneys for Creditor Pima County*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| In Re: | CHAPTER 11 |
|---|---|
| | Case No. 4:24-bk-07108-SHG |
| Si Se Puede Enterprises, LLC, | **NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |
| Debtor. | |

Pursuant to LRCiv 83.3(a), Deputy Pima County Attorney, Javier A. Gherna hereby notifies this Court of his appearance on behalf of Pima County in the above-captioned matter and further requests that all notices, motions, briefs, pleadings, orders, and other papers be served at the following address:

///

///

///

Javier A. Gherna
Pima County Attorney's Office, Civil Division
32 North Stone Avenue, Suite 2100
Tucson, Arizona 85701
Javier.Gherna@pcao.pima.gov
pcaocvbk@pcao.pima.gov

RESPECTFULLY SUBMITTED October 16, 2024.

**LAURA CONOVER**
**PIMA COUNTY ATTORNEY**

By: */s/Javier A. Gherna*
 Javier A. Gherna
 Deputy County Attorney

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | I hereby certify that on October 16, 2024, I electronically transmitted the attached |
| 3 | document to the Clerk's Office using the CM/ECF System for filing and transmittal of a |
| 4 | Notice of Electronic Filing to the following ECF registrants: |

Left margin: LAURA CONOVER, PIMA COUNTY ATTORNEY, CIVIL DIVISION

Charles N. Kendall, Jr.
**Law Offices of Charles N. Kendall, Jr. P.L.L.C.**
P.O. Box 1756
Bisbee, AZ 85603
Kendall_law_firm@hotmail.com
*Attorney for Debtor*

Christopher Charles Simpson
**Osborn Maledon, P.A.**
2929 N. Central Ave., 21st Fl.
Phoenix, AZ 85012
csimpson@omlaw.com
*Trustee*

Renee Sandler Shamblin
**Office of the U.S. Trustee**
230 N. First Avenue, Suite 204
Phoenix, AZ 85003
Renee.s.shamblin@usdoj.gov
*U.S. Trustee*

By: */s/ Fernando Contreras Jr*