UNITED STATES BANKRUPTCY COURT
District of Arizona Tucson

In re:
  SI SE PUEDE ENTERPRISES, LLC,
       Debtor(s).

Case No.: 24-07108
Chapter: 11

**PROOF OF SERVICE**

I, Tinamarie Feil, state as follows:

I am over the age of 18 and not a party to the above-captioned case. I am employed by BMC Group, Inc., an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Rules 9001(9) and 2002(g)(4) of the Federal Rules of Bankruptcy Procedure.

I declare that on 10/25/2024, as directed by Office of the United States Trustee, true and correct copy(s) of the following document(s) were served on the party(s) listed on the attached exhibit(s) via the mode(s) of service thereon indicated. Such service was performed under my direct supervision, by employees of BMC Group, Inc.

Notice of Hearing on U.S. Trustee Motion for Order Compelling Debtor to Provide Requested Information or, in the Alternative, to Convert or Dismiss This Case filed by RENEE SANDLER SHAMBLIN of OFFICE OF THE U.S. TRUSTEE on behalf of U.S. TRUSTEE (related document(s)45 Trustee Motion to Dismiss) Hearing on Motion set for 12/4/2024 at 02:00 PM at Videoconference Hearing Objections/Responses due by 11/27/2024,.(Stewart, Christopher) (Entered: 10/25/2024)

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.
10/25/2024

*Tinamarie Feil*

Tinamarie Feil
BMC Group, Inc.
Approved Bankruptcy Notice Provider
info@bmcgroup.com;
888.909.0100

Case 4:24-bk-07108-SHG   Doc 47   Filed 10/25/24   Entered 10/25/24 13:03:04   Desc
Main Document   Page 1 of 2

## Exhibit A - Certificate of Service
## SI SE PUEDE ENTERPRISES, LLC 24-07108

| List ID | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 19486 | ARIZONA DEPARTMENT OF REVENUE , COLLECTIONS DIVISION, 1600 WEST MONROE, PHOENIX, AZ, 85007-2612 | **First Class** |
| 19486 | ARIZONA DEPARTMENT OF REVENUE , BANKRUPTCY LITIGATION SECTION, 1600 WEST MONROE, PHOENIX, AZ, 85007-2612 | **First Class** |
| 19486 | ARIZONA DEPARTMENT OF REVENUE , Office of the Arizona Attorney General, c/o Tax, Bankruptcy and Collection Sct, 2005 N Central Ave, Suite 100, Phoenix, AZ, 85004-1546, United States of America | **First Class** |
| 19486 | BAKEMARK , PO BOX 37, PICO RIVERA, CA, 90660-0037 | **First Class** |
| 19486 | CHARLES N. KENDALL JR., Law Offices of Charles N. Kendall, Jr.,, P.O. Box 1756, Bisbee, AZ, 85603-2756 | **First Class** |
| 19486 | CHRISTOPHER CHARLES SIMPSON , Osborn Maledon, P.A., 2929 N. Central Ave., 21st Fl., PHOENIX, AZ, 85012-2782 | **First Class** |
| 19486 | City of Tucson , Office of the City Attorney, P.O. Box 27210, Tucson, AZ, 85726-7210 | **First Class** |
| 19486 | City of Tucson , Office of the City Attorney, PO Box 27210, Tucson, AZ, 85726-7210 | **First Class** |
| 19486 | CITY OF TUCSON WATER , 310 W. ALAMEDA ST., TUCSON, AZ, 85701-8206 | **First Class** |
| 19486 | Cornelius, Eddice M and Banks, Louis A | **None** |
| 19486 | CURE PAYMENT RECOVERY SOLUTIONS, LLC , PO BOX 873, MANORVILLE, NY, 11949-0873 | **First Class** |
| 19486 | Eddice M. Cornelis, as Trustee and Louis A B, c/o Howard A. Chorost, P.C., 21 E. Speedway Blvd., Tucson, AZ, 85705-7714 | **First Class** |
| 19486 | HOWARD CHOROST , 21 EAST SPEEDWAY BOULEVARD, TUCSON, AZ, 85705-7714 | **First Class** |
| 19486 | INTERNAL REVENUE SERVICE , PO BOX 7346, PHILADELPHIA, PA, 19101-7346 | **First Class** |
| 19486 | LOUIS A. BANKS AND EDDICE CORNELIUS , C/O FIDELITY NATIONAL TITLE, 6245 E. BROADWAY #180, TUCSON, AZ, 85711-4017 | **First Class** |
| 19486 | PIMA COUNTY , C/O PIMA COUNTY ATTORNEY'S OFFICE, 32 N. STONE AVE., STE. 2100, TUCSON, AZ, 85701-1418 | **First Class** |
| 19486 | SI SE PUEDE ENTERPRISES, LLC , 849 N. ANITA AVE., TUCSON, AZ, 85705-7511 | **First Class** |
| 19486 | SOUTHWEST GAS CORP , P.O. BOX 98890, LAS VEGAS, NV, 89150-0001 | **First Class** |
| 19486 | TUCSON ELECTRIC POWER , P.O. BOX 27327, TUCSON, AZ, 85726 | **First Class** |
| 19486 | U.S. TRUSTEE , OFFICE OF THE U.S. TRUSTEE, 230 NORTH FIRST AVENUE, SUITE 204, PHOENIX, AZ, 85003-1725 | **First Class** |
| 19486 | VADAR MOUNTAIN FUNDING , C/O RECOVERY SOLUTIONS GROUP LLC, 1008 MATTLIND WAY, MILFORD, DE, 19963-5300 | **First Class** |