*Law Offices of*
CHARLES N. KENDALL, JR., P.L.L.C.
*Attorney at Law*
P.O. Box 1756
Bisbee, AZ 85603
Tel: (520) 452-9022
Charles N. Kendall, Jr., Esq.
State Bar No. 015133
Ckendallesq@gmail.com
Proposed Attorneys for Debtor

**IN THE UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF ARIZONA**

| In re: | (Chapter 11) |
|---|---|
| SI SE PUEDE ENTERPRISES, LLC | Case No. 4:24-bk-07108-SHG |
| Debtor. | **APPLICATION TO EMPLOY LAW OFFICES OF CHARLES N. KENDALL, JR., P.L.L.C. AS COUNSEL FOR DEBTOR** |

Si Se Puede Enterprises, LLC ("Debtor") hereby submits this Application to Employ Law Offices of Charles N. Kendall, Jr., P.L.L.C. ("Kendall") as Attorney for the Debtor and respectfully represents as follows:

 1. On August 27, 2024, the Debtor filed a Voluntary Petition pursuant Chapter 11, Subchapter V of Title 11 of the United States Bankruptcy Code.

 2. The Debtor wishes to employ Kendall, attorney duly admitted to practice in this Court.

 3. The Debtor has selected Kendall for the reason that it believes Kendall is well qualified to represent it as the debtor in possession in this case.

 4. The professional services that Kendall is to render include:

   A. To give the Debtor legal advice with respect to her powers and duties of a debtor and debtor-in-possession;

B. To give the Debtor legal advice with respect to the sale or disposition of estate assets, if necessary;

C. To take required action to recover certain property and money owed to the Debtor, if necessary;

D. To prepare on behalf of the Debtor, the necessary statements, schedules, complaints, answers, applications, orders, reports, plan of reorganization, motions, objections, and other legal documents; and

E. To perform all other legal services that the Debtor deems necessary.

5. Based upon the *Verified Statement of Charles N. Kendall, Jr. as Proposed Counsel for Debtor Under Bankruptcy Rule 2014* filed simultaneously herewith, Debtor believes Kendall is qualified to represent the Estate in the matter for which it wishes to retain him and that he does not hold an interest adverse to the Estate.

6. At the time of filing for bankruptcy relief, the Debtor did not owe anything to Kendall for prepetition services.

7. The Debtor is informed that the hourly rates for the services of the Kendall attorneys and staff who may work on this case are as follows:

Charles N. Kendall, Jr. $325
Paraprofessionals $175

8. The stated hourly rates are subject to periodic adjustment.

9. In addition, Kendall will seek reimbursement in full for all reasonably incurred expenses, including, without limitation, travel costs, long distance calls, courier and express mail costs, special or hand deliveries, copying costs, document processing, court fees, transcript costs and other expenses. The hourly rates stated above are subject to periodic adjustment.

10. Kendall will be compensated as provided by the U.S. Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, any order regarding professional compensation entered in these cases, and subject to order of this Court

approving fees and costs incurred by Kendall.

WHEREFORE, the Debtor respectfully requests that the Court enter an Order authorizing employment of Kendall as attorneys for the Debtor, under the terms set forth above, and for such other relief as is just and proper concerning this Application. A form of Order is submitted herewith.

RESPECTFULLY SUBMITTED this 28th day of October, 2024.

*LAW OFFICES OF*
CHARLES N. KENDALL, JR., P.L.L.C.


By: */s/ Charles N. Kendall, Jr. #015133*
    Charles N. Kendall, Jr.
    Proposed Attorney for Debtor

ORIGINAL of the foregoing electronically
filed this 28th day of October, 2024, with:

CLERK, UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA
*https://ecf.azb.uscourts.gov*


COPIES of the foregoing mailed via electronic or
U.S. Mail this 28th day of October, 2024, to:

Howard a. Chorost
HOWARD A. CHOROST, P.C.
21 E. Speedway Blvd.
Tucson, AZ 85705
Hchorost@me.com
*Attorney for Eddice M. Cornelius, Trustee, Eddie M. Cornelius Trust and Louis A. Banks, Trustee for Louis A. Banks Trust*

Javier Adalberto Gherna
PIMA COUNTY ATTORNEY'S OFFICE
32 North Stone Avenue, Ste 2100
Tucson, AZ 85701
Javier.gherna@pcao.pima.gov
*Attorneys for Pima County*

-3-
Case 4:24-bk-07108-SHG   Doc 48   Filed 10/28/24   Entered 10/28/24 09:56:29   Desc
Main Document   Page 3 of 4

| | |
|---|---|
| 1 | Dennis Patrick McLaughlin, Esq. |
| 2 | CITY OF TUCSON ATTORNEY'S OFFICE<br>Dennis.mclaughlin@tucsonaz.gov |
| 3 | *Attorneys for City Tucson* |
| 4 | |
| 5 | Christopher Charles Simpson, Esq.<br>Csimpson@omlaw.com |
| 6 | *Sub V Trustee* |
| 7 | Renee S. Shamblin |
| 8 | OFFICE OF THE U.S. TRUSTEE<br>230 N. First Avenue, Suite 204 |
| 9 | Phoenix, AZ 85003-1706<br>Renee.S.Shamblin@usdoj.gov |
| 10 | *Attorneys for U.S. Trustee* |